Brian J. Brazier (SBN: 245004)
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T. (818) 600-5566
E. brian@pricelawgroup.com
Attorneys for Plaintiff,
*Felicia Hicks*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELICIA HICKS,<br><br>             Plaintiff,<br><br>       vs.<br><br>USAA SAVINGS BANK,<br>             Defendant. | Case No.: 2:18-cv-05148-RGK-E<br><br><br>**NOTICE OF SETTLEMENT** |

   **NOTICE IS HEREBY GIVEN** that Plaintiff, Felicia Hicks, and Defendant, USAA Savings Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | | |
|---|---|---|
| Dated: April 29, 2019 | By: | */s/Brian J. Brazier* |
| | | Brian J. Brazier (SBN: 245004)<br>**Price Law Group, APC**<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T. (818) 600-5566<br>E. brian@pricelawgroup.com<br>Attorneys for Plaintiff,<br>*Felicia Hicks* |