Brian J. Brazier (SBN: 245004)
**Price Law Group, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T. (818) 600-5566
E. brian@pricelawgroup.com
Attorneys for Plaintiff,
*Felicia Hicks*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA HICKS,<br><br>          Plaintiff,<br><br>   vs.<br><br>USAA SAVINGS BANK,<br>         Defendant. | Case No.: 2:18-cv-05148-RGK-E<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

        Plaintiff, Felicia Hicks, by and through her attorneys, Price Law Group, APC, and Defendant, USAA Savings Bank, by and through its attorneys, Daniels, Fine, Israel, Schonbuch & Lebovits, LLP and Benesch, Friedlander, Coplan, & Aronoff, LLP, hereby stipulate to dismiss Plaintiff's claims against USAA Savings Bank, with prejudice, with each party to bear their own costs and attorneys' fees.

1

2

Dated: May 3, 2019.

3

**Price Law Group, APC**

4

5

*/s/ Brian J. Brazier*
Brian J. Brazier, Esq.

6

8245 N. 85th Way
Scottsdale, AZ 85258

7

T. (818) 600-5566
E. brian@pricelawgroup.com

8

Attorneys for Plaintiff,
*Felicia Hicks*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Daniels, Fine, Israel, Schonbuch & Lebovits, LLP**
*/s/ Maureen M. Michail*
Maureen M. Michail, Esq.
1801 Century Park East
Ninth Floor
Los Angeles, CA 90067
T. (310) 556-7900
E. michail@dfis-law.com

**Benesch, Friedlander, Coplan & Aronoff, LLP**
*/s/David M. Kreuger*
David M. Kreuger, Esq.
200 Public Square
Suite 2300
Cleveland, OH 44114-2378
T. (216) 363-4500
E. dkrueger@beneschlaw.com
Attorneys for Defendant,
*USAA Savings Bank*